JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CALTEX PLASTICS, INC., | ) | 2:13-cv-06611 RSWL (JEM) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| SHANNON PACKAGING CO., | ) | |
| Defendant. | ) | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

///
///
///
///
///
///

1

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Defendant Shannon Packaging Co., and the parties shall bear their own costs and fees.

All dates presently set are hereby taken off-calendar and vacated.  The clerk shall close this case.

**IT IS SO ORDERED.**

DATED: May 27, 2015                    RONALD S.W. LEW
                                       **HONORABLE RONALD S.W. LEW**
                                       Senior U.S. District Judge

2